UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

JOSEPH SCOTTO,

           Defendant.

------------------------------------------------x

**ORDER FOR RETURN OF CASH BAIL**

Docket No. CR-03-256
(Wexler J.)

    Bail conditions having been modified by Honorable Leonard D. Wexler on April 12, 2004, to include the condition that the defendant post the sum of $5,000 with the Clerk of the Court to ensure his appearance, herein, upon the occasion of his temporarily leaving the District to travel to Florida,

    AND the defendant having subsequently appeared in Court and surrendered to serve his sentence, it is hereby,

    ORDERED, that the Clerk, United States District Court, Eastern District of New York, return the funds on deposit in the amount of $5,000, to the defendant at his home address:
                      2 North McConnell Avenue
                      Bayport, New York 11705

SO ORDERED:

Dated: Central Islip, New York
       ~~March~~ *April* 13, 2006

                                                       Leonard D. Wexler
                                                       United States District Judge

UNITED STATES OF AMERICA,

    Plaintiff,

-against-

JOSEPH SCOTTO,

    Defendant.
------------------------------------------------X

ORDER
CR 03-0256

(Wexler, J.)

RECEIVED
U.S. DISTRICT COURT, E.D.N.Y.
IN CLERK'S OFFICE
LONG ISLAND COURTHOUSE

★ APR 1 2 2004 ★

ENTERED

APPEARANCES:

    ROSLYNN R. MAUSKOFF, UNITED STATES ATTORNEY
    BY: TIMOTHY DRISCOLL, ASSISTANT U.S. ATTORNEY
    Attorney for Plaintiff
    610 Federal Plaza
    Central Islip, New York 11722-4454

    PERINI & HOERGER, ESQS.
    BY: RAYMOND G. PERINI, ESQ.
    Attorneys for Defendant
    1770 Motor Parkway, Suite 300
    Hauppauge, New York 11749

WEXLER, District Judge

    Defendant Joseph Scotto requests an Order enlarging his travel restrictions to permit limited travel to Florida from April 16, 2004 through April 21, 2004. The government has no objection to this request.

    Accordingly, it is ordered that the conditions of defendant Scotto's pre-trial and/or pre-sentencing release are modified as follows:

    1. Defendant may travel once to and from Florida from April 16, 2004 through April 21, 2004;

    2. Defendant will notify the Court and the Government prior to leaving, including

the dates and times of travel; and

       3. Defendant has deposited $5,000.00 with the Clerk of the Court, to be placed in an interest bearing account, in connection with this application. That amount shall remain on deposit with the Court until termination of this entire proceeding and shall be available to cover any amount for which defendant is deemed responsible for in connection with this matter.

SO ORDERED.

                                          _____
                                          HON. LEONARD D. WEXLER
                                          UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       April 12, 2004

A082 9WFDA
(Rev. 9/02)

**ORIGINAL**
**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF NEW YORK**
at _____CENTRAL ISLIP_____

**012632**

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | |
| 508800 | Immigration Fees | |
| 085000 | Attorney Admission Fees | |
| 086900 | Filing Fees | |
| 322340 | Sale of Publications | |
| 322350 | Copy Fees | |
| 322360 | Miscellaneous Fees | |
| 143500 | Interest | |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | |

UNCLAIMED MONEY
613300       5000.00
TOTAL        5000.00
M/ORDR       1000.00
  0527498310
M/ORDR       1000.00
  0527498311
M/ORDR       1000.00
  0527497336
M/ORDR       1000.00
  0527498369
M/ORDR       1000.00
  0527498311
CHANGE          0.00
  1 ITM-CT
04/13/04 REG#01 165805A001 13:49

**CASE REFERENCE:**
03-CR-0256

**RECEIVED FROM**
Joseph Scotto
2 North McConnell Ave
Bayport New York 11705

**DEPUTY CLERK** ___

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

☆ U.S. G.P.O.: 2003-511-257

As per Sandra "BKlyn."

MAR 07 2006 13:51                    2322344            PAGE.05